**The below described is SIGNED.**

Dated: July 15, 2013 
WILLIAM T. THURMAN
U.S. Bankruptcy Judge



Michael F. Thomson (#9707)
Benjamin J. Kotter (#9592)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: thomson.michael@dorsey.com
  kotter.benjamin@dorsey.com

*Attorneys for Michael F. Thomson, Chapter 7 Trustee*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| In re: | Bankr. Case No. 11-29025 |
|---|---|
| CYNTHIA A. FREHNER, | Chapter 7 |
| Debtor. | The Honorable William T. Thurman |
| MICHAEL F. THOMSON, Chapter 7 Trustee, Plaintiff v. CYNTHIA A. FREHNER, an individual, Defendant. | Adversary Proceeding No. 13-02043 |

**JUDGMENT REVOKING DEBTOR'S DISCHARGE**

1

Pursuant to this Court's Order Granting Plaintiff's Motion for Entry of Default Judgment, JUDGMENT IS HEREBY ENTERED AS FOLLOWS: The Chapter 7 bankruptcy discharge entered in the above-captioned case, in favor of CYNTHIA A. FREHNER, is hereby REVOKED pursuant to 11 U.S.C. § 727(d).

**- - - - END OF DOCUMENT- - - -**

Service of the foregoing **JUDGMENT REVOKING DEBTOR'S DISCHARGE** shall be served to the parties in the manner designated below:

**By Electronic Service**: I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Michael F. Thomson thomson.michael@dorsey.com

**By U.S. Mail** – In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b):

    Cynthia A. Frehner
    150 South 250 East
    Washington, UT 84780-1958

```
                           United States Bankruptcy Court
                                 District of Utah
Thomson,
         Plaintiff                                        Adv. Proc. No. 13-02043-WTT
Frehner,
         Defendant            CERTIFICATE OF NOTICE
District/off: 1088-2          User: ma              Page 1 of 2             Date Rcvd: Jul 16, 2013
                              Form ID: pdfor1       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2013.
dft           Cynthia A. Frehner,   150 South 250 East,   Washington, UT   84780-1958

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 18, 2013**                    **Signature:**     *Joseph Speetjens*

```
District/off: 1088-2           User: ma                  Page 2 of 2                 Date Rcvd: Jul 16, 2013
                               Form ID: pdfor1           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2013 at the address(es) listed below:
        Michael F. Thomson    on behalf of Plaintiff Michael F. Thomson thomson.michael@dorsey.com
                                                                                                                                       TOTAL: 1